**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 04-6801**

———————————

CECIL WILLIAM BOWSER,

                                        Petitioner - Appellant,

         versus

JOHN PATE, JR., Warden of Allendale
Correctional Institution; CHARLES M.
CONDON, Attorney General of the State of
South Carolina,

                                        Respondents - Appellees.

———————————

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Matthew J. Perry, Jr., Senior
District Judge.  (CA-02-3931-2-10)

———————————

Submitted:  September 9, 2004     Decided:  September 15, 2004

———————————

Before WILKINSON, MICHAEL, and GREGORY, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Cecil William Bowser, Appellant Pro Se.  Melody Jane Brown, OFFICE
OF THE ATTORNEY GENERAL OF SOUTH CAROLINA, Columbia, South
Carolina, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Cecil William Bowser, a state prisoner, seeks to appeal the district court's order adopting the magistrate judge's report and recommendation and denying relief on his petition under 28 U.S.C. § 2254 (2000). The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that his constitutional claims are debatable and that any dispositive procedural rulings by the district court are also debatable or wrong. See Miller-El v. Cockrell, 537 U.S. 322, 336 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683 (4th Cir. 2001). We have independently reviewed the record and conclude that Bowser has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED